608

No. 83. DYSART, TRUSTEE v. UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Howard G. Cook* and *Robert T. McCracken* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for the United States.

No. 84. MORRIS, TRUSTEE, v. SAMPSELL ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Howard L. Duane* and *Walter L. Gold* for petitioner. *Mr. William Ryan* for respondents.

No. 86. COLLINS v. STREITZ. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Ray* for petitioner. No appearance for respondent.

No. 87. NESBIT ET AL., EXECUTORS, v. FREDERICK SNARE CORP. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Roger O'Donnell, Lambert O'Donnell, Thomas W. O'Brien,* and *William J. Peters* for petitioners. *Messrs. Brice Clagett* and *Challen B. Ellis* for respondent.

No. 88. BOGY v. UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles M. Bryan* for petitioner. *Solicitor General Jackson,* and *Messrs.*